SONIA MARTIN (State Bar No. 191148)
BONNIE LAU (State Bar No. 246188)
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
Email: sonia.martin@dentons.com
bonnie.lau@dentons.com

MARK HANOVER (*pro hac vice*)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
Email: mark.hanover@dentons.com

Attorneys for Defendants
ALLSTATE INSURANCE COMPANY and
ALLSTATE PROPERTY AND CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| KENT PIVONKA, JAMES SMITH, on behalf of themselves and a class of similarly situated persons, <br><br> Plaintiffs, <br><br> vs. <br><br> ALLSTATE INSURANCE COMPANY, an Illinois Corporation, and ALLSTATE PROPERTY AND CASUALTY COMPANY, an Illinois Corporation, <br><br> Defendants. | Case No. 2:11-cv-01759-TLN-CKD <br><br> STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT |
Case No. 2:11-cv-01759-TLN-CKD  STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT

Pursuant to Local Rule 144(a) of the United States District Court for the Eastern District of California, Plaintiffs and Defendants Allstate Insurance Company and Allstate Property and Casualty Company, by and through their respective counsel, hereby stipulate and agree to the following:

Defendants Allstate Insurance Company and Allstate Property and Casualty Company shall have a thirty (30) day extension of time to and through June 21, 2017, in which to file a response to Plaintiffs' First Amended Complaint in the above-captioned action. No previous extensions have been granted.

IT IS SO STIPULATED.

Dated: June 5, 2017      DENTONS US LLP

By: _____/s/ Sonia Martin_____
      SONIA MARTIN
      BONNIE LAU

Attorneys for Defendants
ALLSTATE INSURANCE COMPANY and
ALLSTATE PROPERTY AND CASUALTY
COMPANY

Dated: June 5, 2017      DENTONS US LLP

By: /s/ John R. Parker (as authorized on June 5, 2017)
      C. BROOKS CUTTER
      JOHN R. PARKER

Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: June 6, 2017

_____
Troy L. Nunley
United States District Judge

- 1 -

Case No. 2:11-cv-01759-TLN-CKD      STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT