SONIA MARTIN (State Bar No. 191148)
BONNIE LAU (State Bar No. 246188)
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
Email: sonia.martin@dentons.com
bonnie.lau@dentons.com

MARK HANOVER (*pro hac vice*)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
Email: mark.hanover@dentons.com

Attorneys for Defendants
ALLSTATE INSURANCE COMPANY and
ALLSTATE PROPERTY AND CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| KENT PIVONKA, JAMES SMITH, on behalf of themselves and a class of similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation, and ALLSTATE PROPERTY AND CASUALTY COMPANY, an Illinois Corporation,<br><br>Defendants. | No. 2:11-cv-01759-TLN-CKD<br><br>STIPULATION TO CONTINUE HEARING DATE FOR MOTION TO STRIKE, QUASH AND/OR STAY DISCOVERY<br><br>Original Date: July 12, 2017<br>Revised Date: August 9, 2017<br>Time: 10:00 a.m.<br>Place: Courtroom 24, 8th Floor<br>Before: Hon. Carolyn K. Delaney |

Case No. 2:11-cv-01759-TLN-CKD      STIPULATION TO CONTINUE HEARING
                                     DATE ON ALLSTATE'S DISCOVERY MOTION

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

1  Pursuant to Local Rule 144(a) of the United States District Court for the Eastern District of California, Plaintiffs and Defendants Allstate Insurance Company and Allstate Property and Casualty Company, by and through their respective counsel, hereby stipulate and agree to the following:

WHEREAS, the hearing date on Allstate's Motion to Strike, Quash and/or Stay Discovery (Dkt. 50) is currently set for July 12, 2017 at 10:00 a.m. (Dkt. 52).

WHEREAS, Plaintiffs recently filed a First Amended Complaint (Dkt. 53) and Allstate will be shortly filing a Motion to Strike and a Motion to Dismiss the First Amended Complaint.

WHEREAS, no previous extensions of the hearing date have been requested.

WHEREAS, in the interest of judicial economy and conserving the parties' time and resources, the parties have agreed to continue the hearing date on Allstate's Motion to Strike, Quash and/or Stay Discovery to August 10, 2017, or the Court's next available hearing date.

IT IS SO STIPULATED.

Dated: June 5, 2017                 DENTONS US LLP

                                    By: _____*/s/ Sonia Martin*_____
                                         SONIA MARTIN
                                         BONNIE LAU

                                    Attorneys for Defendants
                                    ALLSTATE INSURANCE COMPANY and
                                    ALLSTATE PROPERTY AND CASUALTY
                                    COMPANY

Dated: June 5, 2017                 DENTONS US LLP

                                    By: */s/ John R. Parker* (as authorized on June 5, 2017)
                                         C. BROOKS CUTTER
                                         JOHN R. PARKER

                                    Attorneys for Plaintiffs

- 1 -

Case No. 2:11-cv-01759-TLN-CKD                    STIPULATION TO CONTINUE HEARING
                                                  DATE ON ALLSTATE'S DISCOVERY MOTION

Good cause appearing, the hearing on Allstate's Motion to Strike, Quash and/or Stay Discovery is continued to August 9, 2017.

IT IS SO ORDERED.

Dated: June 7, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE