SONIA MARTIN (State Bar No. 191148)
BONNIE LAU (State Bar No. 246188)
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
Email: sonia.martin@dentons.com
bonnie.lau@dentons.com

MARK HANOVER (*pro hac vice*)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
Email: mark.hanover@dentons.com

Attorneys for Defendants
ALLSTATE INSURANCE COMPANY and
ALLSTATE PROPERTY AND CASUALTY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KENT PIVONKA, JAMES SMITH, on behalf of themselves and a class of similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation, and ALLSTATE PROPERTY AND CASUALTY COMPANY, an Illinois Corporation,<br><br>Defendants. | Case No. 2:11-cv-01759-TLN-CKD<br><br>STIPULATION TO CONTINUE HEARING DATE FOR MOTION TO STRIKE, QUASH AND/OR STAY DISCOVERY<br><br>Original Date: August 9, 2017<br>Revised Date: September 20, 2017<br>Time: 10:00 a.m.<br>Place: Courtroom 24, 8th Floor<br>Before: Hon. Carolyn K. Delaney |

Case No. 2:11-cv-01759-TLN-CKD          STIPULATION TO CONTINUE HEARING
                                                                    DATE ON ALLSTATE'S DISCOVERY MOTION

Pursuant to Local Rule 144(a) of the United States District Court for the Eastern District of California, Plaintiffs and Defendants Allstate Insurance Company and Allstate Property and Casualty Company, by and through their respective counsel, hereby stipulate and agree to the following:

WHEREAS, the hearing date on Allstate's Motion to Strike, Quash and/or Stay Discovery (Dkt. 50) is currently set for August 9, 2017 at 10:00 a.m.

WHEREAS, Plaintiffs recently filed a First Amended Complaint (Dkt. 53).

WHEREAS, Allstate recently filed a Motion to Strike, Dismiss and/or Compel Appraisal of the First Amended Complaint, which is set for hearing on August 10, 2017 (Dkt 59).

WHEREAS, one previous extension of the discovery motion hearing date has been requested.

WHEREAS, in the interest of judicial economy and conserving the parties' time and resources, the parties have agreed to continue the hearing date on Allstate's Motion to Strike, Quash and/or Stay Discovery to September 20, 2017, or the Court's next available hearing date.

IT IS SO STIPULATED.

Dated: July 7, 2017                    DENTONS US LLP


By: _____*/s/ Bonnie Lau*_____
       SONIA MARTIN
       BONNIE LAU

Attorneys for Defendants
ALLSTATE INSURANCE COMPANY and
ALLSTATE PROPERTY AND CASUALTY
COMPANY

[INTENTIONALLY BLANK]

Dated: July 7, 2017          CUTTER LAW P.C.

                             By:  */s/ John R. Parker* (by permission)
                                     C. BROOKS CUTTER
                                     JOHN R. PARKER

                             Attorneys for Plaintiff

IT IS SO ORDERED.

Dated: July 10, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000