SONIA MARTIN (State Bar No. 191148)
BONNIE LAU (State Bar No. 246188)
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
Email: sonia.martin@dentons.com
bonnie.lau@dentons.com

MARK HANOVER (*pro hac vice*)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
Email: mark.hanover@dentons.com

Attorneys for Defendants
ALLSTATE INSURANCE COMPANY and
ALLSTATE PROPERTY AND CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| KENT PIVONKA, JAMES SMITH, on behalf of themselves and a class of similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation, and ALLSTATE PROPERTY AND CASUALTY COMPANY, an Illinois Corporation,<br><br>Defendants. | Case No. 2:11-cv-01759-TLN-CKD<br><br>STIPULATION TO CONTINUE HEARING DATE FOR MOTION TO STRIKE, QUASH AND/OR STAY DISCOVERY<br><br>Original Date: September 20, 2017<br>Revised Date: TBD<br>Time: 10:00 a.m.<br>Place: Courtroom 24, 8th Floor<br>Before: Hon. Carolyn K. Delaney |

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

Pursuant to Local Rule 144(a) of the United States District Court for the Eastern District of California, Plaintiffs and Defendants Allstate Insurance Company and Allstate Property and Casualty Company, by and through their respective counsel, hereby stipulate and agree to the following:

WHEREAS, the hearing date on Allstate's Motion to Strike, Quash and/or Stay Discovery ("Discovery Motion") (Dkt. 50) is currently set for September 20, 2017 at 10:00 a.m.

WHEREAS, Plaintiffs filed a First Amended Complaint on May 8, 2017 (Dkt. 53).

WHEREAS, Allstate filed a Motion to Strike, Dismiss and/or Compel Appraisal of the First Amended Complaint on June 21, 2017 ("Motion to Dismiss Complaint") (Dkt 59).

WHEREAS, on August 4, 2017, the Court vacated the August 10, 2017 hearing date on Allstate's Motion to Dismiss Complaint (Dkt. 68).

WHEREAS, the Court has not yet issued an order on Allstate's Motion to Dismiss Complaint, which may impact or alter the scope of Allstate's Discovery Motion.

WHEREAS, two previous extensions of the Discovery Motion hearing date have been requested.

WHEREAS, in the interest of judicial economy and conserving the parties' time and resources, the parties have agreed to continue the hearing date on Allstate's Discovery Motion to a future date. The parties agree that, within five business days of the Court's ruling on Allstate's Motion to Dismiss Complaint, the parties will meet and confer regarding Allstate's Discovery Motion and, if necessary, a proposed briefing schedule and hearing date.

IT IS SO STIPULATED.

Dated: September 1, 2017   DENTONS US LLP

By: _____*/s/ Bonnie Lau*_____
    SONIA MARTIN
    BONNIE LAU

Attorneys for Defendants
ALLSTATE INSURANCE COMPANY and
ALLSTATE PROPERTY AND CASUALTY COMPANY

Dated: September 1, 2017      CUTTER LAW P.C.


By: */s/ John R. Parker* (by permission)
       C. BROOKS CUTTER
       JOHN R. PARKER

Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: September 6, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000