Robert A. Buccola (SBN 112880)
Steven M. Campora (SBN 110909)
DREYER, BABICH, BUCCOLA WOOD & CAMPORA, LLP
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

C. Brooks Cutter, Esq. (SBN 121407)
John R. Parker, Esq. (SBN 257761)
CUTTER LAW, P.C.
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Facsimile: (916) 588-9330

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT PIVONKA, JAMES SMITH, on behalf of themselves and a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation, and ALLSTATE PROPERTY AND CASUALTY COMPANY, an Illinois Corporation,<br><br>Defendants. | Case No. 2:11-cv-01759-TLN-CKD<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS AND RELATED DEADLINES**<br><br>Date: June 24, 2021<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 15th Floor<br>Before: Hon. Judge Troy L. Nunley |

1

STIPULATION AND ORDER RE MOTION TO DISMISS AND RELATED DEADLINES

Plaintiffs KENT PIVONKA, JAMES SMITH, on behalf of themselves and a class of similarly situated persons, ("Plaintiffs"), and Defendant ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY AND CASUALTY COMPANY ("ALLSTATE") (collectively, the "Parties"), by and through their respective counsel of record, hereby respectfully apply to this Court for an Order continuing the hearing date set for June 24, 2021, for ALLSTATE'S Motion to Dismiss and all related briefing deadlines.

WHEREAS, on May 14, 2021, ALLSTATE filed a motion to dismiss all claims in this action pursuant to FRCP Rules 12(b)(1) and 12(b)(6) ("Motion to Dismiss");

WHEREAS the Motion to Dismiss is scheduled for hearing on June 24, 2021;

WHEREAS, the Parties met and conferred on May 18, 2021, discussing the current hearing date and briefing schedule;

WHEREAS, Plaintiffs Opposition is currently due on June 10, 2021;

WHEREAS, ALLSTATE'S Reply is currently due on June 17, 2021;

WHEREAS, the Parties have agreed to move the hearing date on the Motion to Dismiss to July 22, 2021. The Parties have further agreed that Plaintiffs will file their opposition on July 1, 2021 and ALLSTATE will file its reply on July 15, 2021.

NOW THEREFORE, IT IS HEREBY STIPULATED, between the Parties, subject to this Court's approval, that: the Motion to Dismiss hearing be continued to July 22, 2021, Plaintiffs' opposition will be due on July 1, 2021 and ALLSTATE'S reply will be due on July 15, 2021.

Respectfully submitted,

Dated: May 20, 2021                         CUTTER LAW, P.C.


By: ___/*s/ John R. Parker, Jr.*___
C. Brooks Cutter, Esq.
John R. Parker, Esq.
Celine Cutter, Esq.
CUTTER LAW, P.C.

2
STIPULATION AND ORDER RE MOTION TO DISMISS AND RELATED DEADLINES

| | |
|---|---|
| | 401 Watt Avenue<br>Sacramento, CA 95864<br>Telephone: (916) 290-9400<br>Facsimile: (916) 588-9330 |
| | Robert A. Buccola, Esq.<br>Steven M. Campora, Esq.<br>DREYER, BABICH, BUCCOLA, WOOD & CAMPORA, LLP<br>20 Bicentennial Circle<br>Sacramento, CA 95826<br>Telephone: (916) 379-3500<br>Facsimile: (916) 379-3599 |
| | Attorneys for Plaintiffs KENT PIVONKA and JAMES SMITH |
| | By: */s/ Anna Shiran Youssefi*<br>ANNA SHIRAN YOUSSEFI<br>Attorneys for Defendants ALLSTATE INSURANCE COMPANY and ALLSTATE PROPERTY AND CASUALTY COMPANY |

**ORDER**

For good cause shown, the above Stipulation is adopted as follows: The hearing on Defendants' Motion to Dismiss is continued to July 22, 2021, at 2 p.m., and Plaintiffs' opposition will be due on July 1, 2021 and ALLSTATE'S reply will be due on July 15, 2021.

**IT IS SO ORDERED.**

**DATED: May 20, 2021**

Troy L. Nunley
United States District Judge

3
STIPULATION RE MOTION TO DISMISS AND RELATED DEADLINES